**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

The Private Suite, IAD, LLC,

*Appellant*,

vs.

Metropolitan Washington Airports Authority,

*Appellee*.

Case No. 26-7169

## APPELLANT'S STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Clerk's August 25, 2026 Order, Appellant The Private Suite, IAD, LLC ("PS") submits the following preliminary statement of issues to be raised, reserving the right to amend or supplement same:

1. Does a disappointed bidder state a claim against the Metropolitan Washington Airports Authority ("MWAA") under the Enabling Act, 49 U.S.C. §§ 49101–12, and the associated Lease between MWAA and the Secretary of Transportation, for a violation of MWAA's obligation to obtain "fair and open competition" in accordance with "sound Government contracting principles" when it alleges that MWAA violated its Contracting Manual and otherwise acted arbitrarily and capriciously in a procurement by making a number of unexplained and irrational decisions that favored a particular bidder?

Dated: September 24, 2026

Respectfully submitted,

*/s/ R. Sumner Fortenberry*

Andrew J. Narod
R. Sumner Fortenberry
BRADLEY ARANT BOULT CUMMINGS LLP
1900 K Street NW
Washington, D.C. 20006
(202) 393-7150

*Counsel for The Private Suite, IAD*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will send and serve notifications of the foregoing to all counsel of record.

/s/ *R. Sumner Fortenberry*
R. Sumner Fortenberry