# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7169** **September Term, 2026**

**1:26-cv-00349-BAH**

**Filed On: October 29, 2026** **[2200953]**

Private Suite IAD, LLC,

Appellant

v.

Metropolitan Washington Airports Authority,

Appellee

**ORDER**

Upon consideration of appellee's unopposed motion for extension of time, it is

**ORDERED** that the motion for extension of time be granted. Appellee's reply in support of its motion for summary affirmance is now due November 13, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk